IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIIT (USA), INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| CENGAGE LEARNING, INC. f/k/a ) | |
| THOMSON LEARNING, INC., ) | |
| Defendant. ) | |

## PLAINTIFF'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

As required by Fed. R. Civ. P. 7.1, Plaintiff NIIT (USA), Inc. hereby identifies the following parent corporation and/or publicly held corporation owning 10% or more of its stock:

NIIT Limited – located in New Delhi, India.

Dated: April 3, 2008

| ARNALL GOLDEN GREGORY LLP | RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP |
|---|---|
| By: /s/ Darryl S. Laddin<br>Darryl S. Laddin (DL-5130)<br>Frank N. White (Georgia Bar No. 753377)<br>Jared M. Lina (Georgia Bar No. 191099)<br><br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, GA 30363-1031<br>404.873.8120 (phone)<br>404.872.8745 (fax)<br><br>Lead Attorneys for Plaintiff NIIT (USA), Inc. | By: _____<br>Michael P. O'Mullan (MO-6058)<br>500 Fifth Avenue<br>New York, New York 10110<br>Tel (212) 302-6574; Fax (212) 302-6628<br>-and-<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Tel (973) 538-0800; Fax (973) 538-1984<br><br>Local Counsel for Plaintiff NIIT (USA), Inc. |

3845667.1