# LAWYERS EDGE PROCESS SERVICE LLC
## 58 MAIN STREET SUITE 1C
## HACKENSACK, NEW JERSEY 07601

### FACSIMILE TRANSMITTAL SHEET

TO: Noah

FROM: Christina

COMPANY:

DATE: 4-16-08

FAX NUMBER:

TOTAL NO. OF PAGES INCLUDING COVER: 3

PHONE NUMBER:

SENDER'S REFERENCE NUMBER:

RE: Cengage

YOUR REFERENCE NUMBER:

[X] URGENT  [X] FOR REVIEW  [ ] PLEASE COMMENT  [ ] PLEASE REPLY  [ ] PLEASE RECYCLE

NOTES/COMMENTS:

TELEPHONE 201 489 8080         FAX 201 489 8824

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>4/8/08 at 3:35 PM |
| NAME OF SERVER (PRINT)<br>Eric Rubin | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Cengage, 200 First Stamford Place, 4th Floor, Stamford, CT and served to Margaret Heckler, Paralegal for Cengage.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/8/08
           Date

*Signature of Server*

Lawyers Edge Process Service, LLC
58 Main Street, Suite 1C
Hackensack, NJ 07601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/8/08 at 4:34 PM |
| NAME OF SERVER (PRINT) Alan Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Cengage c/o Registered Agent Corporation Service Company, 50 Weston St., Hartford, CT and served to Robert Ruscz, authorized agent for Cengage.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/8/08
Date

Signature of Server

Lawyers Edge Process Service, LLC
58 Main Street, Suite 1C
Hackensack, NJ 07601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.