UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NIIT (USA), INC.,

                         Plaintiff,

-against-

CENGAGE LEARNING, INC. f/k/a THOMSON
LEARNING, INC.,

                         Defendant.
--------------------------------------------------------------x

Index No. 08 CV 03327
(JES)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time within which defendant Cengage Learning, Inc. must answer, move or otherwise respond with respect to plaintiff's complaint in this action is extended through and including May 28, 2008.

Dated: New York, New York
       April 28, 2008

ARNALL GOLDEN GREGORY LLP

By: _____
    Darryl S. Laddin (DL-5130)
    Frank N. White
*Attorneys for Plaintiff*
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
(404) 873-8120

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
    Justin E. Klein (JK-8865)
*Attorneys for Defendant*
230 Park Avenue
New York, NY 10169
(212) 818-9200

SO ORDERED

_____
J.S.D.J.

4-30-08

732399_1