UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NIIT (USA), INC.                                    :

                  Plaintiff,         :

          Versus                                 :

CENGAGE LEARNING, INC. f/k/a          :
THOMSON LEARNING, INC.,

                            :

            Defendant.           :

                            :

------------------------------------------------------------ x

Civil Action No. 08 cv 03327 (JES)

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

Dated:  New York, New York
       May 28, 2008

                          SATTERLEE STEPHENS BURKE & BURKE LLP

                          By:_____/s/_____

                                James F. Rittinger (JR-0556)
                                Justin E. Klein (JK-8865)
                         230 Park Avenue
                         New York, New York 10169
                         (212) 818-9200 (Phone)
                         (212) 818-9606 (Fax)
                         Attorneys of Record for Defendant
                         CENGAGE LEARNING, INC.

735838_1