UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NIIT (USA), INC.                                                      :

                        Plaintiff,         :        Civil Action No. 08 cv 03327 (JES)

        Versus

CENGAGE LEARNING, INC. f/k/a           :        **NOTICE OF APPEARANCE AS**
THOMSON LEARNING, INC.,                          **COUNSEL FOR DEFENDANT**
                                                                            **CENGAGE LEARNING, INC.'S**
                     Defendant.           :

-------------------------------------------------------- X

TO THE CLERK OF THE COURT:

        I, Justin E. Klein, hereby appear as one of the attorneys for Defendant Cengage Learning, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at jklein@ssbb.com.

Dated: New York, New York
        June 16, 2008

                        SATTERLEE STEPHENS BURKE & BURKE LLP

                        By:_____/s/_____
                             Justin E. Klein (JK 8865)
                        230 Park Avenue
                        New York, New York 10169
                        (212) 818-9200 (Phone)
                        (212) 818-9606 (Fax)
                        jklein@ssbb.com
                        Attorneys for Defendant

737909_1