```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NIIT (USA), INC.,

                Plaintiff,

        - against -                           08 Civ. 3327 (JES)
                                              ORDER
CENGAGE LEARNING, INC. f/k/a
THOMSON LEARNING, INC.,

                Defendant.
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

**ORDERED** that the Pre-Trial Conference previously scheduled for July 31, 2008 shall be and hereby is adjourned until August 12, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         July 28, 2008

                                        _____
                                        John E. Sprizzo
                                        United States District Judge