```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NIIT (USA), INC.,

                Plaintiff,

        - against -                       08 Civ. 3327 (JES)
                                               ORDER
CENGAGE LEARNING, INC. f/k/a
THOMSON LEARNING, INC.,

                Defendant.
------------------------------------X
```

8/14/08

The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

**ORDERED** that the Pre-Trial Conference previously scheduled for August 12, 2008 shall be and hereby is adjourned until October 16, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         August  13 , 2008

                                         _____
                                    fu        John E. Sprizzo
                                          United States District Judge